UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSSIE GILES,<br><br>        Plaintiff,<br><br>   v.<br><br>D. REYES, et al.,<br><br>        Defendants. | Case No. 15-cv-04838-YGR (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME** |

For good cause shown, the time to file and serve a motion for summary judgment is hereby extended to **January 13, 2017**. The time for filing an opposition brief (28 days after the motion is filed) and a reply brief (14 days after the opposition is filed) remain as scheduled in the Court's Order dated March 28, 2016.

**No further extensions of time will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 23.

IT IS SO ORDERED.

Dated: September 27, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge