UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSSIE GILES,<br><br>        Plaintiff,<br><br>   v.<br><br>D. REYES, et al.,<br><br>        Defendants. | Case No. 15-cv-04838-YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

Defendants request a second extension of time, up to and including January 20, 2017, in which to file a dispositive motion. Having read and considered Defendants' ex parte request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the ex parte request for a second extension of time is GRANTED. The time in which Defendants may file a dispositive motion will be extended nunc pro tunc to **January 20, 2017**, the date that Defendants' Motion for Summary Judgment was filed. The time for filing an opposition brief (28 days after the motion is filed) and a reply brief (14 days after the opposition is filed) remain as scheduled in the Court's Order dated March 28, 2016.

**No further extensions of time will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 29.

IT IS SO ORDERED.

Dated: February 3, 2017

                                                YVONNE GONZALEZ ROGERS
                                                United States District Judge