# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

OSSIE GILES,

    Plaintiff,

v.

D. REYES, et al.,

    Defendants.

Case No. 15-cv-04838-YGR (PR)

**JUDGMENT**

For the reasons set forth in the Court's Order Denying Plaintiff's Motion for Preliminary Injunction; and Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of Defendants Reyes, Espinoza, and Tootell, and against Plaintiff, and that each party bear its own costs of action.

Dated: August 31, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge